FILED

2010 DEC 10 PM 2:04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

________ Division

CIVIL RIGHTS COMPLAINT FORM

Michael G. Maier
7265 Calvin Rd.
Upper Darby, PA 19082
(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 3:10-cv-1134-J-12JRK
(To be supplied by Clerk's Office)

v.

State of Florida Department of Highway Safety and Motor Vehicles
2900 Apalachee Pkw, Tallahassee, FL 32399
(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: N/A
(Indicate the name and location)

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __________ day of ____________________________, 2 _________.

______________________________
Signature of Plaintiff

III. <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY</u>? Yes ( ) No (X)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C. If your answer is YES:

1. What steps did you take? ______________________

______________________

2. What were the results? ______________________

______________________

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: ______________________

______________________

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 2nd day of December, 2010.

[signature]
Signature of Plaintiff

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): Michael G. Maier

Defendant(s): Max Salano, M.D.; and City of Jacksonville

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court, Middle Dist. of Florida

3. Docket Number: 3:09 cv-00180-MMH-TEM

4. Name of judge: Hon. Marcia Morales-Howard

5. Briefly describe the facts and basis of the lawsuit: Arrested due to Wrongfully Cancelled Fla. Driver's License & Dr. & City Jail harmed Plaintiff due to Trans-gender status

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

7. Approximate filing date: 12/3/2009

8. Approximate disposition date: Still Pending

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

None

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Michael G. Maier

Mailing address: 7265 Calvin Road
Upper Darby, PA 19082

B. Additional Plaintiffs:

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: State of Florida Dept. of ~~Motor~~ Highway Safety and

Mailing Address: Motor Vehicles
2900 Apalachee PKW, Tallahassee, FL 32399

Position:

Employed at:

D. Defendant:

Mailing Address:

Position:

Employed at:

E. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

F. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

G. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Due Process under U.S. Constitution: Defendant did wrongfully & without notice Cancel Plaintiff's Driver's license.

Equal Protection under the U.S. Constitution: Defendant did wrongfully Cancel Plaintiff's driver's license due to her Status as a trans-gender.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On or about November 29, 2005 defendant did wrongfully & without notice or any Process whatsoever Cancell Plaintiff's driver's license.

Further said driver's licence Cancelation was admitted to in a letter dated May 18, 2007. This was first official notice sent to Plaintiff.

Moreover, Plaintiff was arrested and suffered damages due to said Cancellation. (see attached letter Ex. A).

**Statement of Facts, continued:**

VIII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff seeks money damages and equitable relief in the form of specific procedures to prevent defendant from doing the same.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 2 day of December, 2010.

(Signatures of all Plaintiffs)

# State of Florida
## DEPARTMENT OF
## HIGHWAY SAFETY AND MOTOR VEHICLES

**ELECTRA THEODORIDES-BUSTLE**
Executive Director

August 20, 2007

Ms. Michael G. Maier
7265 Calvin Road
Upper Darby, PA 19082

RE. Florida Driver License #M600-547-64-832-0

Dear Ms. Maier.

This is in reference to the cancellation of your Florida driver license.

On February 16, 2001, you came into one of our driver license offices with documentation to have your gender changed on your driver record. At that time the examiner failed to properly note our database and we did not have the ability to scan the documents you presented.

On July 20, 2005, we received information from the driver license office in Daytona Beach which indicated that the gender listed on your driver record was questionable. Since we were unaware that you had previously presented the documentation in 2001, we mailed a cancellation notice to your address on file canceling your Florida driver license on November 29, 2005, until such time as documentation was presented affirming that sex reassignment surgery was preformed.

Therefore, your driver license should not have been canceled on May 18, 2007, the date you were arrested for driving while your license was canceled.

We apologize for any inconvenience this may have caused you, but trust this information will assist you.

Sincerely,

T.N Prakash

T. N Prakash, Chief
Bureau of Driver Improvement
Division of Driver Licenses

TNP/jb

FLORIDA HIGHWAY PATROL • DRIVER LICENSES • MOTOR VEHICLES • ADMINISTRATIVE SERVICES
Neil Kirkman Building, 2900 Apalachee Parkway Tallahassee, Florida 32399-0500
http://www.hsmv.state.fl.us