# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**MICHAEL G. MAIER,**

        **Plaintiff,**

**-vs-**                                                    Case No.  3:10-cv-1134-J-12JRK

**FLORIDA DEPARTMENT OF HIGHWAY**
**SAFETY AND MOTOR VEHICLES,**

        **Defendant.**
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Florida Department of Highway Safety and Motor Vehicles** in Jacksonville, Florida on this 9th day of May, 2011.

                                                    SHERYL L. LOESCH, CLERK

                                                    By: /s/ *M. Heggins*, Deputy Clerk

Copies furnished to:

Counsel of Record